UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE TORO,<br><br>Plaintiff,<br><br>-against-<br><br>SHOEDAZZLE.COM, INC.,<br><br>Defendant. | 23-CV-5323 (PGG) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff Jasmine Toro filed a complaint on June 22, 2023 (Dkt. 1), and a proof of service on July 17, 2023, reflecting service of a summons that day (Dkt. 7), which if valid would have made defendant's answer due August 1, 2023. Defendant has not appeared, and no answer has been filed, nor has plaintiff requested a certificate of default.

Plaintiff's service appears to be deficient, because the summons (Dkt. 7 at ECF pp. 3-4) was not issued by this Court, and "did not contain the court clerk's signature and the court's seal." *DeLuca v. AccessIT Grp., Inc.*, 695 F. Supp. 2d 54, 66 (S.D.N.Y. 2010); *see also* Fed. R. Civ. P. 4(a)(1)(F)-(G) (describing required contents of summons). Additionally, the summons served by plaintiff incorrectly describes this action as one for "an unpaid consumer debt." Dkt. 7 at ECF p. 3.

Plaintiff is reminded that it is her responsibility to serve a summons that meets the requirements of Fed. R. Civ. P. 4(a)(1), and to do so within 90 days after the filing of her complaint, *see* Fed. R. Civ. P. 4(m) – that is, no later than **September 20, 2023**.

Dated: New York, New York
August 15, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**